UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
REDDING BRANCH

UNITED STATES OF AMERICA

vs.

KAREN ELAINE KAPLON

CASE NO. 06-cr-0017 CMK

ORDER TO PAY

YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:

| Count | Fine | Assessment |
|---|---|---|
| Count I | Fine: $ 507.00 | Assessment: $ 25.00 |
| Count II | Fine: $ | Assessment: $ |
| Count III | Fine: $ | Assessment: $ |
| Count IV | Fine: $ | Assessment: $ |
| Count V | Fine: $ | Assessment: $ |

( X )   FINE TOTAL OF $507.00 and penalty assessment of $25.00 to be paid in payments of $50.00 or more per month commencing October 1, 2006, and due on the first day of each month until paid in full.

(X)   Counts II, III, IV and V, are dismissed.

(X)   PROBATION to be unsupervised for a period of two (2) years. Defendant is precluded from residing or camping on lands managed by the Bureau of Land Management without a valid claim, right of permit, or authorization.

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to Clerk, USDC, 501 I Street, Sacramento, CA 95814.

Your check or money order must indicate your name and case number.

Dated: August 16, 2006

/s/ Craig M. Kellison
Craig M. Kellison
U.S. Magistrate Judge